ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 FEB -3 PH 2:28

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § <br> § No. 3:13-CR-295-K |
| SAUL MONCIVAIS (14) | §(Supersedes Indictment filed <br> § August 6, and October 6, 2013) <br> § |

## SUPERSEDING INFORMATION

The United States Attorney charges:

Count One
Conspiracy to Possess With the Intent to Distribute
100 Kilograms or More of Marijuana
(Violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vii))

Beginning sometime in 2012, the exact date being unknown, and continuing until on or about August 15, 2013, in the Dallas Division of the Northern District of Texas and elsewhere, **SAUL MONCIVAIS,** defendant, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to commit the following offense against the United States: to possess with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii).

All in violation of 21 U.S.C. § 846.

**Information - Page 1**

## Forfeiture Notice

[21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)]

Upon conviction for the offenses alleged in Count One of this Superseding Information and pursuant to 21 U.S.C. § 853(a), the defendant, **SAUL MONCIVAIS**, shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the respective offense.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_/s/_

Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
Email: Suzanna.Etessam@usdoj.gov